1  **BRIDGET KENNEDY**
   California State Bar No. 253416
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   bridget_kennedy@fd.org
5
6  Attorneys for Ms. De Lara-Contreras

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   Case No. 08MJ1204
                                    )
12              Plaintiff,          )
                                    )
13      v.                          )   PROOF OF SERVICE
                                    )
14 **ROSA ELIZABETH DE LARA-**      )
          **CONTRERAS,**            )
15                                  )
                Defendant.          )
16 _____)

17
         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of
18
her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day
19
upon:
20
         **Assistant United States Attorney**
21       efile.dkt.gc1@usdoj.gov

22
Dated: April 23, 2008                          _s/ Bridget L. Kennedy_____
23                                             **BRIDGET L. KENNEDY**
                                               Federal Defenders of San Diego, Inc.,
24                                             225 Broadway, Suite 900
                                               San Diego, CA 92101-5030
25                                             (619) 234-8467  (tel)
                                               (619) 687-2666  (fax)
26                                             e-mail:bridget_kennedy@fd.org

27

28